IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ESTATE OF FAY H. HUNT, | ) | |
| ASHLEY ALONZO, JUANITA | ) | 10-cv-3327 |
| BURDEN, STATE OF ILLINOIS | ) | |
| DEPARTMENT OF HEALTHCARE | ) | |
| AND FAMILY SERVICES, | ) | |
| UNKNOWN OWNERS, | ) | |
| INCLUDING UNKNOWN HEIRS | ) | |
| AND LEGATEES OF FAY H. HUNT, | ) | |
| DECEASED, AND NON-RECORD | ) | |
| CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate

at issue:

>506 West Fayette Street, Pittsfield, Illinois 62363

>The West Sixty (60) feet of Lot 15 and Lot B, except Five (5) feet off of the West side, all in S.R. Gray's Subdivision of Lot Twenty-one (21) of Peter's Addition to the Outlots of the town, now City of Pittsfield, Pike County, Illinois, commonly known as 506 West Fayette Street, Pittsfield, Illinois.

>PIN NO. 54-099-07

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over Defendants.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B.  The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against Defendant(s) signing the promissory note secured by the mortgage foreclosed herein the resulting deficiency set forth in the Report of Sale, even though no such deficiency judgment is sought in this foreclosure proceeding.

C.  The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 5/l5-l509(a).

D.  The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E.  There is no just reason to delay enforcement of or appeal from this final order.

IT IS SO ORDERED.

ENTERED: January 18, 2012

FOR THE COURT:         s/ Sue E. Myerscough
                      SUE E. MYERSCOUGH
                      UNITED STATES DISTRICT JUDGE